JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANIEL TURNER, an individual, | Case No. 2:18-CV-3405-DDP(KSx) |
| Plaintiff, | [The Hon. Dean D. Pregerson, Magistrate, Karen L. Stevenson] |
| v. | |
| CITY OF LOS ANGELES; OFFICER STEPHANIE JOHNIGAN; OFFICER VERONICA PADILLA; OFFICER ANTONIO RAMIREZ; OFFICER LIDIA LEON; OFFICER GLORIA VELEZ; OFFICER JUAN GONZALEZ; and DOES 1-10, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| Defendants. | |

PURSUANT TO THE STIPULATION OF THE PARTIES ("Stipulation and Joint Request re Dismissal of Action with Prejudice"), and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor:

**IT IS HEREBY ORDERED:**

1. This civil action, including all of plaintiff's remaining claims/causes of action against defendants CITY OF LOS ANGELES and Officers VERONICA PADILLA, ANTONIO RAMIREZ, LIDIA LEON, GLORIA VELEZ, JUAN GONZALEZ, and STEPHANIE JOHNIGAN, is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: December 20, 2024

*Christina A. Snyder*

**Hon. Dean D. Pregerson**
**UNITED STATES DISTRICT JUDGE**